**No. 09-9869. Jerome Julius Brown, Petitioner v. Prince George's County Police Department, et al.**

560 U.S. 937, 130 S. Ct. 3359, 176 L. Ed. 2d 1243, 2010 U.S. LEXIS 4388.

June 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit dismissed. See Rule 39.8.

Same case below, 368 Fed. Appx. 147.

**No. 09-9870. Jerome Julius Brown, Petitioner v. United States District Court for the District of Columbia.**

560 U.S. 937, 130 S. Ct. 3380, 176 L. Ed. 2d 1243, 2010 U.S. LEXIS 4475.

June 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit dismissed. See Rule 39.8.

**No. 09-9888. Ralph O. Douglas, Petitioner v. Theodore Haynes, Jr., et al.**

560 U.S. 937, 130 S. Ct. 3364, 176 L. Ed. 2d 1243, 2010 U.S. LEXIS 4401.

June 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

Same case below, 354 Fed. Appx. 163.

**No. 09-10028. Winford Kent Bishop, Petitioner v. Departmental Disciplinary Committee for the First Judicial Department.**

560 U.S. 937, 130 S. Ct. 3361, 176 L. Ed. 2d 1243, 2010 U.S. LEXIS 4488.

June 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, dismissed. See Rule 39.8.

Same case below, 54 App. Div. 3d 1, 863 N.Y.S.2d 1.

**No. 09A981. Ravinder Chawla, Applicant v. United States.**

560 U.S. 937, 130 S. Ct. 3379, 176 L. Ed. 2d 1243, 2010 U.S. LEXIS 4509.

June 1, 2010. Application for bail, addressed to Justice Scalia and referred to the Court, denied.